## CLYDE TOLES *v.* COMMISSIONER OF CORRECTION

The petitioner Clyde Toles' petition for certification for appeal from the Appellate Court, 113 Conn. App. 717 (AC 28985), is denied.

*Deren Manasevit*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided September 9, 2009

## JAMES DRAUGHN *v.* COMMISSIONER OF CORRECTION

The petitioner James Draughn's petition for certification for appeal from the Appellate Court, 113 Conn. App. 901 (AC 29311), is denied.

*Wayne A. Francis*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided September 9, 2009